1 | DANIEL J BRODERICK, #89424
Federal Defender
2 | LEXI NEGIN, #250376
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
JESSE REID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. 06-mj-136 (GGH) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO EXONERATE BOND AND |
| v. | ) | ORDER (PROPOSED) |
| | ) | |
| JESSE REID, | ) | |
| | ) | |
| Defendant. | ) | Date:  (No hearing needed) |
| | ) | Judge: Gregory G. Hollows |
| _____ | ) | |

On May 17, 2006, Magistrate Judge Gregory G. Hollows ordered Jesse Reid released on a bond of $100,000 secured by real property.  Mr. Reid has fulfilled all of his obligations to the Court and is the custody of the Bureau of Prisons.

Because no other matters are pending before the Court, the bond securing Mr. Reid's appearance may be ordered exonerated and liens on any property posted to secure the bond may be released.

Accordingly, Mr. Reid hereby moves to exonerate his bond and to reconvey all property posted to secure his release, as set forth in the attached proposed order.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lexi Negin

Dated: _____, 2008   _____
Lexi Negin, Assistant Federal Defender
Attorney for RAMON MIKE DAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. 06-mj-136 (GGH) |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO EXONERATE BOND AND |
| v. ) | ORDER |
| ) | |
| JESSE REID, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The Court finds that Mr. Reid was released pursuant to a $100,000.00 property bond which he posted to the Clerk of the Court. Mr. Reid's case is closed and he is presently in custody serving his sentence. He satisfied all of his obligations to the Court.

THEREFORE, it is hereby ORDERED that the $100,000.00 property bond in this case is ordered exonerated and that the Clerk of the Court is directed to reconvey to the surety, Emmy Reid, 14623 Killion Street, Sherman Oaks, California, 91411, property posted on behalf of Mr. Reid.

Dated: November 17, 2008.

_____
U.S. MAGISTRATE JUDGE

2